IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



UNITED STATES OF AMERICA

v.  Case No. 2:16mj386

OSIRIS H. DANIELY

Court Date: October 19, 2016

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)-Violation No. 3733438

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 31, 2016, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, OSIRIS H. DANIELY, did knowingly drive a motor vehicle while his driver's license, learner's permit, or privilege to drive a motor vehicle was suspended or revoked.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-301.)

<u>COUNT TWO</u>
(Misdemeanor)- Violation No. 3733439

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 31, 2016, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, OSIRIS H. DANIELY, did willfully and unlawfully disregard a visible and audible signal from a law-enforcement officer to bring his motor vehicle to a stop and drove his motor vehicle in willful and wanton disregard of such signal, and, did attempt to elude and escape such law-enforcement officer.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-817.)

Respectfully submitted,

Dana J. Boente
United States Attorney

By: /s/ James J. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
<u>James.Cole@usdoj.gov</u>

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*James T. Cole* (signature)
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

12 September 2016
Date